**Dated: December 01, 2021**
**The following is ORDERED:**

_____
**Jennie D. Latta**
UNITED STATES BANKRUPTCY JUDGE

_____

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | BUTCHER SHOP OF CORDOVA, LLC, | CASE NO.    21-22100 |
| | Debtor(s) | Chapter 11 |

**Butcher Shop of Cordova, LLC**

Plaintiff(s)                                                                 Adv. Proc. No. 21-00106

v.

**Agricenter International, Inc.,**
**Simpson Hughes, and**
**FSH Enterprises, LLC,**

Defendants.

_____

## CONSENT ORDER
## EXTENDING TIME TO ANSWER COMPLAINT

_____

On Motion of Agricenter International, Inc. ("Agricenter"), by and through its attorney, and for good cause shown and with the consent of the Plaintiff,

IT IS THEREFORE ORDERED that Agricenter be and hereby is granted additional time to file a motion or answer to the Complaint until December 17, 2021.

APPROVED AND CONSENTED TO BY:

*/s/ Steven N. Douglass*
*/s/ Michael F. Rafferty*
Steven N. Douglass (TN Bar No. 009770)
Michael F. Rafferty (TN Bar No. 10092)
Harris Shelton Hanover & Walsh, PLLC
40 S. Main Street, Suite 2210
Memphis, TN  38103
(901) 525-1455 – Telephone\
*Attorneys for Plaintiff/Debtor*

*/s/ David J. Cocke*
David J. Cocke (TN Bar No. 007988)
EVANS PETREE, P.C.
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120
(901) 525-6781 – Telephone
*Attorney for Agricenter International, Inc.*